Margaret Hall (Bar No. 293699)
Email: mhall@environmentaldefensecenter.org
Alicia Roessler (Bar No. 219623)
Email: aroessler@environmentaldefensecenter.org
Environmental Defense Center
906 Garden Street
Santa Barbara, California 93101
Telephone: (805) 963-1622
*Attorneys for Plaintiffs Los Padres ForestWatch, Keep Sespe Wild, American Alpine Club, and Earth Island Institute*

Justin Augustine (Bar No. 235561)
Email: jaugustine@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (916) 597-6189
*Attorney for Plaintiffs Center for Biological Diversity, Patagonia Works, and California Chaparral Institute*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LOS PADRES FORESTWATCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Federal Defendants. | Case No.: 2:22-cv-02781-JFW-SK [Consolidated with Case Nos. 2:22-cv-02800-JFW-SK and 2:22-cv-02802-JFW-SK] <br><br> **DECLARATION OF JEFF MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF VENTURA, <br><br> Plaintiff, | |

|   |   |
|---|---|
| 1 | v. |
| 2 | UNITED STATES FOREST SERVICE, et al., |
| 3 | |
| 4 | Federal Defendants. |
| 5 | |
| 6 | CITY OF OJAI, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | |
| 10 | UNITED STATES FOREST SERVICE, et al., |
| 11 | |
| 12 | Federal Defendants. |

I, Jeff Miller, declare as follows.

1. I submit this declaration in support of the Plaintiffs' Motion for Summary Judgment in this case regarding the Forest Service's plans to implement the Reyes Peak Project (Project) in the Los Padres National Forest. I have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto.

2. I have been enjoying hiking, camping and watching wildlife in the Los Padres National Forest for nearly four decades, especially trips to see rare California condors.

3. One of my main hobbies and activities is birdwatching. I have recreational interests as a birdwatcher and outdoor adventurer. I bird-watch every single day. I often seek out rare and unusual species such as the condor and spotted owl.

4. At least once a year I travel to the Los Padres National Forest with the goal of observing condors and other native wildlife. I have visited the Los Padres National Forest several dozen times in the past few years to hike and camp, and to look for California condors and other birds and wildlife.

5. I am a member of the Center for Biological Diversity (Center), and have been since 1995. I originally joined the Center because the organization has a longstanding and ongoing interest in advocating for and protecting public lands such as the Los Padres National Forest, as well as imperiled species that I care deeply about, such as the California condor. I rely in part upon the Center to represent my interests in protecting rare species and their habitats.

6. In addition to being a member, I have been employed as a conservation advocate with the Center since 2001. My work with the Center includes writing outreach materials, writing press releases and talking with reporters, preparing endangered species listing petitions, working with scientists,

and organizing in communities to support many of the organization's species and habitat protection campaigns in California.

7. I plan to visit the Reyes Project area, including the Sespe-Frazier inventoried roadless area portion, in fall of 2023 for birding and hiking purposes, and I plan to return again in spring of 2024. I especially hope to see a condor or spotted owl while I am there. I also plan to just enjoy hiking in the forest and seeing it intact with large old trees (especially ones with dwarf mistletoe) and snags that wildlife like to use.

8. Unfortunately, the Reyes Project proposes to log the Pine Mountain area, including within the Sespe-Frazier roadless area that I will be visiting, thus harming my ability to enjoy the unlogged forest and to view condors and other wildlife.

9. I have recreational, scientific, aesthetic, educational, moral, spiritual, and conservation interests in seeing the forests of Pine Mountain and the wild condors and other wildlife in their natural habitats. I derive benefits from visiting, observing, and restoring intact natural ecosystems which are habitat for rare species I am involved in protecting, such as the condor. My enjoyment of these areas for recreational, professional, and spiritual purposes is dependent upon healthy ecosystems and wildlife populations.

10. The Reyes Project will harm my interests in observing and enjoying intact forests, condors, and associated wildlife. The Forest Service proposes to allow logging in the Reyes Project area, which will harm my future ability to view the unlogged forest and wildlife species that I enjoy in the Reyes Project area.

11. I believe that a favorable court decision finding that the Forest Service failed to comply with the National Environmental Policy Act, Roadless Rule, and/or Endangered Species Act, and vacating the Reyes Project Decision would redress the injuries I have described.

1  12. In addition, in order to advocate for the preservation of public lands and the imperiled wildlife that lives there, the Center for Biological Diversity, including myself, regularly monitors Forest Service projects on national forests, including projects that rely on the use of categorical exclusions to avoid preparation of an Environmental Impact Statement or Environmental Assessment pursuant to the National Environmental Policy Act ("NEPA"). We often seek information, such as the annual reports at issue in this case, in order to sufficiently understand how national forests are being managed by the Forest Service. We need these documents in order to effectively achieve our mission. For example, the information might show improper use of categorical exclusions, or use, that while legal, is nonetheless causing environmental harm to the forest or wildlife, and we would then use this information to better advocate for protection of the forest and its inhabitants.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on March 8, 2023 in Ashland, Oregon.

_____
JEFF MILLER